# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **BOBBY STERLING** | § § § | |
| *Plaintiff,* | § § | **CIVIL ACTION NO.: 6:21-cv-435 ACA (JCM)** |
| v. | § § | |
| **CEC ENTERTAINMENT CONCEPTS, LP,** | § § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § § | |

## ORDER TO DISMISS

Considering the foregoing Motion for 41(A)(1)(a)(i) Voluntary Dismissal Without Prejudice and Pursuant to Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that the above titled action is hereby dismissed without prejudice as to all claims against Defendant CEC Entertainment Concepts, LP.

**IT IS SO ORDERED.**

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE